UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR - 4 2000

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0257 |
| LAUREN L. GIRAUD | * | SECTION: "N" (3) |

\* \* \*

## J U D G M E N T

Defendant, Lauren L. Giraud, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Lauren L. Giraud according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Lauren L. Giraud in the sum of $15,284.20, interest accruing on the principal amount at the rate of 8.53 percent per annum or the daily rate of $2.70 from December 8, 1999, to date of judgment, interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this 4 day of April, 2000.

DATE OF ENTRY
APR 4 2000

LORETTA G. WHYTE, Clerk
CLERK, UNITED STATES DISTRICT COURT

By _____
Deputy Clerk

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 5