```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

                2000 DEC -5 PM 1:01

                 LORETTA G. WHYTE
                       CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**December 5, 2000**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0257** |
| **LAUREN L. GIRAUD** | * | **SECTION: "N"(3)** |

**HEARING ON MOTIONS**

**APPEARANCE(S):** VIA TELEPHONE: Ms. Whi'Sheika Chissell, Debt Collection Agent, United States Attorney's Office

**MOTION(S):**

(1)   MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

**ORDERED**

   Ms. Whi'Sheika Chissell, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, Lauren L. Giraud, has sent in the requested financial information. Subsequently, Ms. Chissell indicated that the judgment debtor examination scheduled for Wednesday, December 6, 2000, at 11:00 a.m. is deemed **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
DEC 5 2000