


**U.S. Department of Justice**

United States Attorney
Eastern District of Louisiana

---

*Financial Litigation Unit*

Hale Boggs Federal Building          Telephone: (504) 680-3000
500 Poydras Street, Second Floor              Fax: (504) 589-3602
New Orleans, LA 70130

FILED
2004 APR 19 PM 3:34
LORETTA G. WHYTE
CLERK

April 19, 2004

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

    Re:  United States v. Lauren L. Giraud
          Civil Action No. 00-0257 "N" (3)

Dear Mrs. Whyte:

    The judgment rendered against the defendant in the above-referenced case has been satisfied. Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

    Your assistance is appreciated.

                            Very truly yours,

                            JIM LETTEN
                            UNITED STATES ATTORNEY

                            ENEID A. FRANCIS
                            Assistant United States Attorney

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 11

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE                                   500 POYDRAS ST., ROOM C-151
CLERK                                              NEW ORLEANS, LA 70130

April 20, 2004

UNITED STATES OF AMERICA                           CASE NO. C.A. 00-0257

    VS

LAUREN L. GIRAUD                                   SECTION "N" (3)

    I, Loretta G. Whyte, Clerk of the United States District Court for the Eastern District of Louisiana, do hereby certify that on April 19, 2004 the Plaintiff filed satisfaction of the docket and the Clerk of this Court entered satisfaction of the judgment in this matter, which satisfaction is in the words and figures following, to wit:

    "Docket satisfied as per satisfaction of the docket filed by plaintiff on April 19, 2004

    Loretta G. Whyte, Clerk

    By: ___Tanya Lee___, Deputy Clerk

        Witness my hand and seal of said Court at the City of New Orleans, Louisiana, this 20 day of April, 2004 A.D."

        LORETTA G. WHYTE, CLERK

        By _____
                    Deputy Clerk